## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

EMI APRIL MUSIC INC., AARON          )
EDWARDS PUBLISHING UNIVERSAL )
MUSIC CORP., AFROMAN MUSIC,          )
AND GNAT BOOTY MUSIC,                )
                                     )        CIVIL ACTION NO.
                                     )
       Plaintiffs,              )
                                     )
                                     )
   v.                               )
                                     )
S.T.C. INC., DAVID M. TAYLOR, AND )
JOHN M. KALBER,                      )

       Defendants.

## PLAINTIFFS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

     Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3 enabling Judges and Magistrate Judges to evaluate possible disqualifications or recusal:

    (1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

       For Plaintiffs:  EMI APRIL MUSIC, INC. is owned by Sony Music

Entertainment, Inc. which, in turn, is wholly owned by publicly held Sony Corporation of America;

UNIVERSAL MUSIC CORPORATION is owed by Universal Music Group, which, in turn is wholly-owned by publicly held Vivendi SA; and

AARON EDWARDS PULBISHING, AFROMAN MUSIC, GNAT BOOTY MUSIC, and MORRIS EDWIND H & CO., INC. have no parents, trusts, subsidiaries and/or affiliates of said party that have issued shares or debt securities to the public.

(2)   The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

For Plaintiffs:   American Society of Composers, Authors, and Publishers ("ASCAP")

(3)   The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

For Plaintiff:

Vernon M. Strickland
Holland & Knight LLP
1201 West Peachtree Street N.E. - Suite 2000

2

Atlanta, Georgia 30309

Counsel for Plaintiffs

This 25th day of August 2015.

HOLLAND & KNIGHT LLP

*/s/  Vernon M. Strickland*
Vernon M. Strickland
Georgia Bar No. 345346

2000 One Atlantic Center
1201 West Peachtree Street, N.E.
Atlanta, Georgia 30309-3400
(404) 817-8500
(404) 8801-0470 Fax
vernon.strickland@hklaw.com                *Attorney for Plaintiffs*