IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMI APRIL MUSIC INC., AARON EDWARDS PUBLISHING UNIVERSAL MUSIC CORP., AFROMAN MUSIC, AND GNAT BOOTY MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>S.T.C. INC., DAVID M. TAYLOR, AND JOHN M. KALBER,<br><br>Defendants. | CIVIL ACTION NO.<br>1:15-cv-02997-RWS |

### NOTICE OF CHANGE OF ADDRESS

Please take notice that Vernon M. Strickland and Holland & Knight LLP, counsel for Plaintiffs EMI April Music, Inc., Aaron Edwards Publishing, Universal Music Corporation, Afroman Music, and Gnat Booty Music are moving their offices effective September 14, 2015. The new address is:

> Vernon M. Strickland, Esq.
> Holland & Knight LLP
> 1180 West Peachtree Street, N.W., Suite 1800
> Atlanta, Georgia 30309

All further pleadings, Orders, calendars, and notices should be sent to the new address. The telephone number, email address, and fax number will remain as

set forth below.

This 11th day of September, 2015.

        HOLLAND & KNIGHT LLP

        */s/ Vernon M. Strickland*
        Vernon M. Strickland
        Georgia Bar No. 345346
        1201 W. Peachtree Street, Suite 2000
        Atlanta, GA 30309
        (404) 817-8500; (404) 881-0470 Fax
        vernon.strickland@hklaw.com

        *Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing **NOTICE OF CHANGE OF ADDRESS** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all attorneys of record.

This 11th day of September, 2015.

HOLLAND & KNIGHT LLP

*/s/ Vernon M. Strickland*
Vernon M. Strickland
Georgia Bar No. 345346

*Attorney for Plaintiffs*
