## AFFIDAVIT OF SERVICE

| Case:<br>1:15-cv-2997 | Court:<br>United States District Court for the Northern District of Georgia | County:<br>Atlanta Division , GA | Job:<br>634656 (222222.22222 (new)) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Emi April Music Inc., Aaron Edward Publishing, Universal Music Corp., Afroman Music, and Gnat Booty Music | | **Defendant / Respondent:**<br>S.T.C., Inc., David M. Taylor, and John M. Kalber | |
| **Received by:**<br>Diversified Legal Services, Inc. | | **For:**<br>Holland & Knight | |
| **To be served upon:**<br>John M. Kalber | | | |

I, David Steidl, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:**   Elizabeth Kalber, Home: 3565 Schilling Rdg. , Duluth, GA 30096

**Manner of Service:**   Substitute Service - Abode, Sep 11, 2015, 10:05 am EDT

**Documents:**   Summons in a Civil Action, Complaint, Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement and Instructions Regarding Pretrial Proceedings

**Additional Comments:**
1) Served: Sep 11, 2015, 10:05 am EDT at Home: 3565 Schilling Rdg., Duluth, GA 30096. Received by resident Elizabeth Kalber. Age: 40; Ethnicity: Caucasian; Gender: Female; Weight: 155; Height: 5'8"; Hair: Blond; Eyes: Blue; Relationship: Wife; Other: Wife confirmed that defendant is a co-resident.

David Steidl                                    Date  9/11/15
GA Certified Process Server #276

Diversified Legal Services, Inc.
1425 Benteen Ave. SE
Atlanta, GA 30315
404-627-7777

Subscribed and sworn to before me by the affiant who is personally known to me.

Notary Public

Date   9-11-15                     Commission

Christina Johnson
NOTARY PUBLIC
Fulton County, GEORGIA
My Comm. Expires
August 26, 2019