# AFFIDAVIT OF SERVICE

| Case: 1:15-cv-2997 | Court: United States District Court for the Northern District of Georgia | County: Atlanta Division, GA | Job: 634648 (702950.00627) |
|---|---|---|---|
| **Plaintiff / Petitioner:** Emi April Music Inc., Aaron Edward Publishing, Universal Music Corp., Afroman Music, and Gnat Booty Music | | **Defendant / Respondent:** S.T.C., Inc., David M. Taylor, and John M. Kalber | |
| **Received by:** Diversified Legal Services, Inc. | | **For:** Holland & Knight | |
| **To be served upon:** S.T.C., Inc., c/o David M. Taylor, Registered Agent | | | |

I, David Steidl, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** S.T.C., Inc., c/o David M. Taylor, Registered Agent, Work: 3179 Peachtree Road Northeast, Atlanta, GA 30305

**Manner of Service:** Registered Agent, Sep 14, 2015, 11:09 am EDT

**Documents:** Summons in a Civil Action, Complaint, Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement and Instructions Regarding Pretrial Proceedings

**Additional Comments:**
1) Served: Sep 14, 2015, 11:09 am EDT at Work: 3179 Peachtree Road Northeast, Atlanta, GA 30305. S.T.C., Inc. Received by David M. Taylor, Registered Agent.

_____  9/14/15
David Steidl          Date
GA Certified Process Server #276

Diversified Legal Services, Inc.
1425 Benteen Ave. SE
Atlanta, GA 30315
404-627-7777

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
9/14/15
Date

Commission Expires
SEPT 2018
JAYNE E RAUSER
NOTARY PUBLIC
GWINNETT CO., GEORGIA