# AFFIDAVIT OF SERVICE

| Case:<br>1:15-cv-2997 | Court:<br>United States District Court for the Northern District of Georgia | County:<br>Atlanta Division, GA | Job:<br>634653 (702950.00627) |
|---|---|---|---|
| **Plaintiff / Petitioner:**<br>Emi April Music Inc., Aaron Edward Publishing, Universal Music Corp., Afroman Music, and Gnat Booty Music | | **Defendant / Respondent:**<br>S.T.C., Inc., David M. Taylor, and John M. Kalber | |
| **Received by:**<br>Diversified Legal Services, Inc. | | **For:**<br>Holland & Knight | |
| **To be served upon:**<br>David M. Taylor | | | |

I, David Steidl, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** David M. Taylor, Moondogs: 3179 Peachtree Road Northeast, Atlanta, GA 30305
**Manner of Service:** Personal/Individual, Sep 14, 2015, 11:11 am EDT
**Documents:** Summons in a Civil Action, Complaint, Plaintiffs' Certificate of Interested Persons and Corporate Disclosure Statement and Instructions Regarding Pretrial Proceedings

**Additional Comments:**
1) Served: Sep 14, 2015, 11:11 am EDT at Moondogs: 3179 Peachtree Road Northeast, Atlanta, GA 30305. Received by David M. Taylor. Age: 55; Ethnicity: Caucasian; Gender: Male; Weight: 200; Height: 5'11"; Hair: Gray; Eyes: Blue; Other: Recipient just had leg surgery. He was limping and wearing a large black brace on leg.

_____ 9/14/15
David Steidl          Date
GA Certified Process Server #276

Diversified Legal Services, Inc.
1425 Benteen Ave. SE
Atlanta, GA 30315
404-627-7777

Subscribed and sworn to before me by the affiant who is personally known to me.

_____
Notary Public
Date