IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMI APRIL MUSIC INC., AARON EDWARDS PUBLISHING, UNIVERSAL MUSIC CORP., AFROMAN MUSIC, and GNAT BOOTY MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>S.T.C. INC., DAVID M. TAYLOR, and JOHN M. KALBER,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:15-cv-02997-RWS |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs EMI April Music Inc., Aaron Edwards Publishing, Universal Music Corp., Afroman Music, and Gnat Booty Music, and, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss *with prejudice* their Complaint against Defendants S.T.C. Inc., David M. Taylor, and John M. Kalber.  Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a plaintiff may voluntarily dismiss an action without court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.  To date, Defendants S.T.C. Inc., David M. Taylor, and

John M. Kalber have neither filed an answer nor a motion for summary judgment with this Court.

This 6th day of November, 2015.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/ Vernon M. Strickland
Vernon M. Strickland
Georgia Bar No. 345346

Regions Plaza, Suite 1800
1180 West Peachtree Street
Atlanta, Georgia  30309
Telephone:  (404) 817-8500
Facsimile:   (404) 881-0470
E-Mail:  vernon.strickland@hklaw.com

*Attorney for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EMI APRIL MUSIC INC., AARON EDWARDS PUBLISHING, UNIVERSAL MUSIC CORP., AFROMAN MUSIC, and GNAT BOOTY MUSIC,<br><br>Plaintiffs,<br><br>v.<br><br>S.T.C. INC., DAVID M. TAYLOR, and JOHN M. KALBER,<br><br>Defendants. | CIVIL ACTION NO.<br><br>1:15-cv-02997-RWS |

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served a copy of the within and foregoing **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** on the Defendants via e-mail and/or by depositing a copy of same in the United States mail, postage prepaid, and addressed as follows:

S.T.C. Inc.
Registered Agent, David M. Taylor
Moondogs
3179 Peachtree Road NE
Atlanta, GA  30305
E-mail: mtaylor877@gmail.com

David M. Taylor
Moondogs
3179 Peachtree Road NE
Atlanta, GA  30305
E-mail: mtaylor877@gmail.com

John M. Kalber
3565 Schilling Rdg.
Duluth, GA  30096

This 6th day of November, 2015.

                                                            <u>s/ Vernon M. Strickland</u>
                                                            Vernon M. Strickland
                                                            Georgia Bar No. 345346